SCARINCI HOLLENBECK
ATTORNEYS AT LAW
1100 Valley Brook Avenue
P.O. BOX 790
LYNDHURST, NEW JERSEY 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendants Township of Freehold and Michael Denham
Our File No. 8870.8600

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DENHAM AND TOWNSHIP OF FREEHOLD,<br><br>Defendants. | Civil Action No.: 08-cv-2080<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Document Electronically Filed* |

THIS MATTER having been resolved by and between the Plaintiff Michael Rogers and Defendants Michael Denham and Township of Freehold, it is hereby dismissed with prejudice and without attorneys fees or costs to any party under state or federal statute or decisional law including, but not limited to, 42 U.S.C. 1983. It is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice.

TIMOTHY R. SMITH & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
Pablo N. Blanco, Esq.

Dated: 8/10/09

SCARINCI HOLLENBECK
Attorneys for Defendants

By: /s/ Christine M. Vanek
Christine M. Vanek, Esq.

Dated: _____

{00495711.DOC}